984 So.2d 633 (2008)
Steven P. PETRARCA, Appellant,
v.
STATE of Florida, Appellee.
Nos. 4D06-2602, 4D06-4752.
District Court of Appeal of Florida, Fourth District.
June 18, 2008.
James O. Walker, III, Fort Lauderdale, for appellant.
Bill McCollum, Attorney General, Tallahassee, and Diane F. Medley, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Dismissed. See Howard v. State, 914 So.2d 455 (Fla. 4th DCA 2005).
STEVENSON, GROSS and MAY, JJ., concur.